# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142001

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

THEO DEMEKO THOMAS,
       Defendant-Appellant.

SC: 142001
COA: 299185
Wayne CC: 09-006927-FC

_____/

       On order of the Court, the application for leave to appeal the September 9, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

y0321